BRICKEN, Presiding Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

32 So.2d 176

**CITY OF GADSDEN v. Clarence HALL.**

7 Div. 900.

Court of Appeals of Alabama.

June 30, 1947.

W. G. Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

32 So.2d 176

**CITY OF GADSDEN v. Doris JOHNSON.**

7 Div. 897.

Court of Appeals of Alabama.

June 30, 1947.

W. G. Rains, of Gadsden, for appellant.

Orme & Porter, of Gadsden, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

32 So.2d 176

**CITY OF GADSDEN v. L. R. JOHNSTON.**

7 Div. 896.

Court of Appeals of Alabama.

June 10, 1947.

W. G. Rains, of Gadsden, for appellant.

Roberts, Cunningham & Hawkins, of Gadsden, for appellant.

HARWOOD, Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

32 So.2d 176

**CITY OF GADSDEN v. Aaron LIPSCOMB.**

7 Div. 895.

Court of Appeals of Alabama.

June 10, 1947.

W. G. Rains, of Gadsden, for appellant.

Roy D. McCord, of Gadsden, for appellee.

CARR, Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.

32 So.2d 176

**CITY OF GADSDEN v. Aaron LIPSCOMB.**

7 Div. 898.

Court of Appeals of Alabama.

June 10, 1947.

W. G. Rains, of Gadsden, for appellant.

Roy D. McCord, of Gadsden, for appellee.

CARR, Judge.

Appeal dismissed on authority of City of Gadsden v. Haynie, ante, p. 159, 30 So.2d 908.